UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

C.A.R.R.,                                            :
                                                     :
                                                     :
                            Petitioner,              :          26-CV-4284 (DEH)
                                                     :
              -v-                                    :          ORDER
                                                     :
GENALO, et al.,                                      :
                                                     :
                            Respondents.             :
                                                     :
------------------------------------------------------------------------X

DALE E. HO, United States District Judge:

      The conference scheduled for May 29, 2026, and all briefing deadlines, are hereby

**ADJOURNED** *sine die*.

SO ORDERED.

Dated: May 27, 2026
      New York, New York              _____
                                                        DALE E. HO
                                               United States District Judge

1