MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**Application GRANTED. The Clerk of Court is respectfully directed to strike ECF No. 17-1. Petitioner is ordered to file a letter response regarding the bond hearing indicating whether Petitioner intends to challenge the sufficiency of the hearing on or before June 23, 2026.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 18, 2026
New York, New York

**By ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *C.A.R.R. v. Genalo*, No. 26 Civ. 4284 (DEH)

Dear Judge Ho:

This Office represents the Government in the above-referenced immigration habeas corpus action. I write respectfully to request that the Court strike or place under seal the attachment to the Government's letter that was just filed—the immigration judge's bond order (ECF No. 17-1)—as I unintentionally filed an unredacted copy of the order, and Petitioner here is proceeding by initials only. A redacted version of the immigration judge's order is attached to this letter.

I apologize to the Court and Petitioner for this error, and I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Tel: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:

R[redacted]-R[redacted], C[redacted] A[redacted]

To:

Brown, Karene
49 Thomas Street, 5th Floor
New York, NY 10013

A-Number:

[redacted]

Riders:

In Custody Redetermination Proceedings

Date:

06/08/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because

The government has demonstrated, by clear and convincing evidence, that the respondent is a danger to the community, and that there are no alternatives to release that would mitigate dangerousness.

☐ Granted. It is ordered that Respondent be:

- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:

Immigration Judge: CONROY, CHARLES 06/08/2026

Appeal: Department of Homeland Security: ☑ waived ☐ reserved
Respondent: ☐ waived ☑ reserved

Appeal Due: 07/08/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : R[redacted]-R[redacted], C[redacted] A[redacted] | A-Number : [redacted]

Riders:

Date: 06/08/2026 By: CONROY, CHARLES, Immigration Judge