UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.A.R.R., <br><br>                     Petitioner, <br><br>         v. <br><br> GENALO, et al., <br><br>                   Respondents. | 26-CV-4284 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

The Court is in receipt of Petitioner's Motion to Enforce at ECF No. 21. Respondents are ORDERED to file a brief in opposition on or before July 9, 2026. Petitioner shall file any reply brief on or before July 14, 2026.

The Court will hold a hearing on the Motion on July 16, 2026 at 3:00 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

Dated: July 2, 2026
      New York, New York

                                          DALE E. HO
                              United States District Judge