**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 16, 2026

By ECF
The Honorable Dale. E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Application GRANTED, *nunc pro tunc*. The Clerk of Court is respectfully directed to terminate ECF No. 28.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 16, 2026
New York, New York

Re: *C.A.R.R. v. Genalo*, No. 26 Civ. 4284 (DEH)

Dear Judge Ho:

This Office represents the government in the above-referenced habeas corpus action. The government's deadline to respond to the motion to enforce was 11:59 p.m. on July 15. ECF No. 26. The government's opposition was not filed until 12:44 a.m. on July 16, *i.e.*, 45 minutes late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's memorandum of law (ECF No. 27) is deemed timely filed. Petitioner's counsel takes no position on this request. The filing was delayed due to the heavy press of business, delays caused by ECF yesterday afternoon, and an unexpected urgent matter that arose yesterday evening that required prompt attention. Between handling my own cases, I am the sole supervisor for all immigration litigation in this Office, which includes a significant volume of habeas corpus cases with very short deadlines (with 20 new habeas cases filed since last week, and many others currently pending). As a result, much of my time is spent devoted to time-sensitive supervisory review and assistance, and while other supervisors assist when needed, many questions and items still require my attention, including through yesterday evening. Between Monday and Wednesday this week alone, there were roughly a dozen substantive habeas responses that needed review, among a number of other items in other cases. I also had oral argument in two of my own habeas cases earlier this week, aside from other items that needed to be addressed on my docket, which included an urgent matter last night in one of my habeas cases that unexpectedly took more than an hour of my time to address. Thus, given the heavy press of business all around, including unexpected issues yesterday (both in my own cases and with delays with ECF in the afternoon), I was unable to complete and file the government's opposition in this case until 45 minutes after the deadline. This is the government's second request for an extension of time in this case, and, as noted, Petitioner takes no position. The government would not object to extending Petitioner's deadline given the delayed filing.

I apologize to the Court and Petitioner for the short delay in the filing of the government's brief, and I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Tel.: (212) 637-2743
brandon.waterman@usdoj.gov

cc: Counsel of record (by ECF)