THE
LEGAL AID
SOCIETY
CIVIL

Immigration Law Unit
49 Thomas St., 5th Floor
New York, NY 10013
www.legal-aid.org

**Direct Dial: 332-205-2292**
**Email: drosen@legal-aid.org**

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*

Adriene Holder
*Attorney-in-Charge*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

August 20, 2026

**By ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *C.A.R.R. v. Genalo*, No. 26 Civ. 4284 (DEH)

Dear Judge Ho:

In accordance with the Court's August 18, 2026 Opinion and Order granting Petitioner C.A.R.R.'s motion to enforce in part, the parties submit this joint letter regarding proposed terms governing C.A.R.R.'s release on bond. The parties have agreed to the following terms:

1. Petitioner shall post a $7,500 bond.

2. Petitioner shall report once every four weeks for in-person check-ins with ICE, at a time and manner to be specified by ICE with reasonable notice to Petitioner.

3. Petitioner will be enrolled into ICE's ATD program, which may require periodic telephone reporting and periodic home visits with reasonable notice to Petitioner, but will not be subjected to any additional conditions through that program beyond those enumerated in this order.

4. Petitioner shall be required to wear a GPS ankle monitor.

5. Petitioner shall not associate with known gang members, criminal associates, or be associated with any such activity.

6. Petitioner shall not commit any crimes.

7. Petitioner shall notify ICE within 48 hours of any change to his home address.

* * *

The parties thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ *Diana Yanguas Rosen*
Diana Yanguas Rosen
Sayoni Maitra
THE LEGAL AID SOCIETY
Immigration Law Unit
49 Thomas St., 5th floor
New York, NY 10013
Tel: 332-205-2292
drosen@legal-aid.org

*Counsel for Petitioner*

cc: All counsel of record

**The Court is in receipt of the endorsed correspondence. Respondents are ORDERED to release Petitioner on the above agreed terms by 5:00 p.m. on August 21, 2026. The Parties are directed to meet and confer to arrange an orderly release.**

**SO ORDERED**

**Hon. Dale E. Ho**
**United States District Judge**
**New York, New York**
**August 20, 2026**